UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62144-LEIBOWITZ/AUGUSTIN-BIRCH

**MICHAEL REDINGTON**,

    *Plaintiff*,

v.

**NORTH AMERICAN BISON LLC**,

    *Defendant.*

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to United States Magistrate Judge Panayotta Augustin-Birch for resolution on the parties' Joint Motion for Approval of Settlement Agreement (the "Motion") [ECF No. 12], filed on January 31, 2025. Judge Augustin-Birch has since issued a Report and Recommendation (the "R&R"), recommending that the Motion be granted. [ECF No. 16]. The parties filed a Joint Notice of Non-Objection to the Magistrate's Report and Recommendation. [ECF No. 17]. After careful review of the filings, the applicable law, and the record, the Court adopts Judge Augustin-Birch's R&R in its entirety.

"In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings

or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

The parties do not object to Judge Augustin-Birch's R&R. As such, the Court has reviewed the R&R for clear error only. Upon this review, the Court finds not only no clear error but also notes that Judge Augustin-Birch's R&R is thorough, cogent, and compelling. The Court adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. Magistrate Judge Augustin-Birch's R&R [**ECF No. 16**] is **AFFIRMED AND ADOPTED**.

2. The parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice [**ECF No. 12**] is **GRANTED**.

3. This matter is **DISMISSED** *with prejudice.* The Clerk of Court is directed to **CLOSE** this case. This Court retains jurisdiction to enforce the Amended Settlement Agreement.

**DONE AND ORDERED** in the Southern District of Florida on February 28, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record